AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

United States of America
v.
CHRISTOPHER W. RADCLIFF,
aka "Squeak,"
1458863
2487-0605-0645-Z
*Defendant*

Case No. 5: 24-CR 23

RECEIVED
By PTaylor at 10:25 am, Jun 05, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CHRISTOPHER W. RADCLIFF, aka "Squeak," who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

- Distribution of Methamphetamine
- Possession with Intent to Distribute Methamphetamine

Date: 06/04/2024

*Issuing officer's signature*

City and state: Wheeling, WV

JAMES P. MAZZONE, US MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 06/05/2024, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

For: DEA
*Printed name and title*